UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Marie A. Koch,

Plaintiff,

vs. ORDER

Farm Service Agency,

Defendant. Civ. No. 00-1270 (RHK/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 30th day of May, 2000.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Defendant's Motion to Extend time for Answering. Good cause has been shown.

WHEREFORE, it is --

ORDERED:

1. That the Defendant's Motion to Extend Time for Answering [Docket No. 2] is GRANTED.

FILED MAY 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. That the Defendant shall be, and hereby is, granted an extension of time until **July 25, 2000**, in which to file his Answer or to otherwise respond in this matter.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE