UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1270 RHK/RLE

| | | |
|---|---|---|
| RUSSELL L. KOCH and MARIE A. KOCH, | ) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| FARM SERVICE AGENCY, ET AL., | ) | |
| Defendants. | ) | |

Upon application of Defendant Farm Service Agency, no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that Defendant Farm Service Agency shall be, and hereby is, granted an extension of time to respond to the Complaint of Plaintiff to August 11, 2000.

Dated: JUL 2 6 2000

RAYMOND L. ERICKSON
United States Magistrate Judge

FILED JUL 2 6 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______