# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Russell L. Koch and Marie A. Koch

Case No. Civil 00-1270RHK/RLE

v.

JUDGMENT IN A CIVIL CASE

Farm Services Agency, f/k/a Farmers
Home Administration

---

( ) Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendant's motion to dismiss is GRANTED and the complaint is DISMISSED WITHOUT PREJUDICE.

DATE: November 27, 2000

FRANCIS E. DOSAL, CLERK

______________________

Denise La Fond, Deputy Clerk